FILED

05/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0342

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0342

STATE OF MONTANA,

Plaintiff and Appellee,

v.

BRIAN ALAN ROBERTSON,

Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time,

and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time

to and including June 26, 2020, within which to prepare, serve, and file the

State's response.

**TKP**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 22 2020